United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 28, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-31012

_____

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

MAURICE JACKSON; JUANITA ANN BROWN EVANS;
JACOBY DWAYNE BROWN

           Defendants - Appellants

----------------------
Appeals from the United States District Court
for the Western District of Louisiana
(03-CR-50006)
----------------------

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that the unopposed motion of appellant,

Maurice Jackson to vacate sentence and remand for resentencing

is GRANTED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.